# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAYSON ROGERS, | ) | CASE NO. 1:19-CV-01590 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| TOMORROW ENERGY CORP, *et al.*, | ) | **MINUTES** |
| | ) | **AND** |
| Defendants. | ) | **DISMISSAL ORDER** |

On September 16, 2019, the Court held a scheduled teleconference attended by Plaintiff's counsel Adam Savett and Defendant's counsel Christina Royer. During the teleconference in this TCPA case, counsel informed the Court that they had settled the above-captioned case on an individual basis. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster Sept. 23, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT COURT**